J. Russell Stedman (117130)
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108
Telephone: (415) 434-2800
Facsimile: (415) 434-2533
Email: rstedman@barwol.com

Attorneys for Defendant
Sun Life Assurance Company of Canada

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 9/13/05*

| | |
|---|---|
| ELIZABETH WILKERSON, | Case No: C- 03-04926 RMW |
| Plaintiff, | 1. ADMINISTRATIVE MOTION UNDER LR 7-11 FOR LIMITED PROTECTIVE ORDER AND STIPULATION FOR SAME IN COMPLIANCE WITH COURT'S ORDER OF 12/17/04; [PROPOSED] ORDER; AND |
| v. | |
| RIFFAGE.COM DISABILITY INCOME PROTECTION PROGRAM, SUN LIFE ASSURANCE COMPANY OF CANADA | |
| Defendants. | 2. DECLARATION OF J. RUSSELL STEDMAN ESTABLISHING THAT ENTIRE DOCUMENT IS SEALABLE IN COMPLIANCE WITH LR 79-5(b); AND |
| | 3. LODGING OF DOCUMENT UNDER SEAL PURSUANT TO LOCAL RULE 79-5(b) |

i:\office9\9795\072\05pleadings\stip prot order.doc

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

ADMIN MOTION UNDER LR 7-11 FOR LIMITED PROTECTIVE ORDER, DEC OF J. RUSSELL STEDMAN,
STIPULATION AND [PROPOSED] ORDER FOR SAME   *(DOCUMENTS SUBMITTED UNDER SEAL)*

## MOTION

The parties hereby move the Court for a limited protective order pertaining to a single document lodged herewith. On December 17, 2004, the Court issued its Order Clarifying The Scope of Permissible Discovery and Granting Defendant Sun Life's Motion for a Protective Order ("Order"). In the Order, the Court directed the parties to stipulate to a confidentiality agreement as to summary data being produced by Sun Life. That data was produced in one page, bates stamped "Wilkerson 575." Wilkerson 575 has been referred to in briefing on Plaintiff's pending motion for further discovery, scheduled to be heard June 17, 2005, and Plaintiff intends to refer to this document in subsequent filings pertaining to the standard of review.

## STIPULATION

It is stipulated by the parties, through their counsel of record, that the document Wilkerson 575 and the information contained therein shall be subject to the following Protective Order. This stipulation is not a waiver of any evidentiary objections and all such objections are reserved.

1. Disclosure of Wilkerson 575 shall be limited to:
    (a) the attorneys for the parties herein, including in-house counsel;
    (b) secretaries, paralegal assistants, and clerical personnel who are engaged in assisting counsel in the preparation of this action;
    (c) any of the named parties or any past, present or future officer or employee of a party to the extent deemed necessary by counsel for the prosecution, defense or settlement of this action;
    (d) any deponent, in the course of a deposition, and any witnesses at trial; and
    (e) the court and its personnel, provided the filing of Wilkerson 575 is under seal pursuant to Local Rule 79-5.

2. The persons identified in Paragraph 1 are prohibited from disclosing Wilkerson 575 or any of the information shown on Wilkerson 575 except as provided herein, as otherwise agreed upon by the party producing the material, or as permitted by order of this Court.

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

2

ADMIN MOTION UNDER LR 7-11 FOR LIMITED PROTECTIVE ORDER, DEC OF J. RUSSELL STEDMAN, STIPULATION AND [PROPOSED] ORDER FOR SAME   *(DOCUMENTS SUBMITTED UNDER SEAL)*

3. Any person to whom material designated as confidential is disclosed pursuant to Paragraph 1 shall be advised of the provisions of this Protective Order, shall be provided a copy of this Protective Order, and shall be instructed not to make copies or to reveal the contents of such confidential material for any purpose other than as permitted in this Stipulation and Protective Order or a subsequent order of this Court.

4. Wilkerson 575 shall not be filed with the Court except under seal.

5. The use of Wilkerson 575 and the contents thereof, for any purpose other than proceedings in this case is prohibited except as modified by subsequent order of this Court.

**IT IS SO STIPULATED.**

DATE: June 7, 2005                BARGER & WOLEN LLP

By: _____
J. RUSSELL STEDMAN

Attorneys for Defendant,
SUN LIFE ASSURANCE COMPANY OF CANADA

DATE: June 7, 2005                RONALD DEAN, ATTORNEY AT LAW

By: _____
RONALD DEAN

Attorney for Plaintiff,
ELIZABETH WILKERSON

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 9/13/05

_____
RONALD [M. WHYTE]
United States District Judge

APPROVED
Judge Ronald M. Whyte

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

3
ADMIN MOTION UNDER LR 7-11 FOR LIMITED PROTECTIVE ORDER, DEC OF J. RUSSELL STEDMAN, STIPULATION AND [PROPOSED] ORDER FOR SAME   (DOCUMENTS SUBMITTED UNDER SEAL)

## DECLARATION OF J. RUSSELL STEDMAN

J. Russell Stedman declares:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before the United States District Court for the Northern District of California. I have personal knowledge of the following facts and can competently testify thereto.

2. In its order of December 17, 2004, the Court granted Sun Life's motion for a protective order as to the production of certain data. It ordered the parties to stipulate to a confidentiality order to protect this data. Sun Life subsequently produced the data in one page, and bates stamped that document Wilkerson 575.

3. The parties have referred to Wilkerson 575 in recent filings with the Court pertaining to Plaintiff's pending motion for further discovery and anticipate that it will be further referred to in future filings pertaining to the standard of review.

4. The entirety of Wilkerson 575 contains data that is confidential and proprietary, and must be filed under seal in its entirety.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California on June 7, 2005.

*/s/ J. Russell Stedman*
J. Russell Stedman

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

4

ADMIN MOTION UNDER LR 7-11 FOR LIMITED PROTECTIVE ORDER, DEC OF J. RUSSELL STEDMAN, STIPULATION AND [PROPOSED] ORDER FOR SAME   *(DOCUMENTS SUBMITTED UNDER SEAL)*