1  RONALD DEAN, #47663
   Attorney at Law
2  15135 Sunset Blvd., Suite 280
   Pacific Palisades, CA  90272-3782
3  (310) 459-1636
   Fax: (310) 459-6224
4

5  Attorney for Plaintiff ELIZABETH WILKERSON

6

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10 SAN JOSE DIVISION

*E-FILED - 10/18/05*

11

| 12 | ELIZABETH WILKERSON | ) | NO. C-03-04926 RMW |
|---|---|---|---|
| 13 | Plaintiff, | ) | ADMINISTRATIVE MOTION UNDER LR 7-11 FOR LIMITED PROTECTIVE ORDER AND STIPULATIONS FOR SAME REGARDING WITHDRAWAL OF DOCUMENT FROM PUBLIC VIEW AND INSTEAD LODGING UNDER SEAL PURSUANT TO LOCAL RULE 79-5(d) |
| 14 | -vs- | ) | |
| 15 | RIFFAGE.COM DISABILITY INCOME PROTECTION PROGRAM, et al., | ) | |
| 16 | | ) | |
| 17 | Defendants. | ) | DECLARATION OF RONALD DEAN ESTABLISHING THAT PART OF DOCUMENT IS SEALABLE IN COMPLIANCE WITH LR 79-5(d) and |
| 18 | | | |
| 19 | | | ORDER THEREON |

21      On July 8, 2005, this Court issued its Order requiring defendants to provide plaintiff with

22 the number of disability claims approved by defendant during February, 2005, and the number

23 approved in the last two days of February, 2005.  Defendant later provided these numbers by

24 way of answers to interrogatories.

25      Previously, the Court had ordered defendants to provide plaintiff with certain statistical

26 information regarding new claims, terminations and denials and ordered that such information be

27 provided under a protective order, and filed under seal.

28

**ADMINISTRATIVE MOTION UNDER LR 7-11 FOR LIMITED PROTECTIVE ORDER, DECLARATION OF RONALD DEAN, ORDER**
**Case No. C -03-04926 RMW**                                                                 Page 1

1    Plaintiff filed her Supplemental Brief on September 28 and referred to the February, 2002
2 numbers.  Defendants have now asked plaintiff to seek this Order, under LR 76-5(d), making
3 confidential those portions of plaintiff's Brief that refer to those number, withdrawing them
4 from public view and filing them under Seal.  Plaintiff agrees that while the Court's July 8 Order
5 did not so specify, the spirit of the Court's order would apply to these numbers as well.
6    Therefore, it is hereby Stipulated, that pages 8, 9, and 13 of plaintiff's Supplemental Brief
7 may be redacted, may be withdrawn from public view, and instead be filed under seal, and
8 further that this information will be subject to the same protective order as page 575 of the
9 administrative record, as described in this Court's order of September 13, 2005.
10   IT IS SO STIPULATED:
11 Dated: October 8, 2005

            /s/ Ronald Dean
            RONALD DEAN
            Attorney for Plaintiff

14 Dated:            BARGER & WOLEN LLP

            /s/ Kathleen E. Dyer
            J. RUSSELL STEDMAN
            KATHLEEN E. DYER
            Attorney for Defendant, SUN LIFE
            ASSURANCE COMPANY OF CANADA

**O R D E R**

   Pursuant to Stipulation of the parties, the Clerk will withdraw from public view page 8, 9 and 13 of Plaintiff's Supplemental Brief filed on September 28, 2005, and plaintiff is hereby directed to lodge a copy of her memorandum, including page 9, under seal, in accordance with LR 79-5

Dated: 10/18/05

            /S/ RONALD M. WHYTE
            RONALD M. WHYTE
            United States District Judge

**ADMINISTRATIVE MOTION UNDER LR 7-11 FOR LIMITED PROTECTIVE ORDER, DECLARATION OF RONALD DEAN, ORDER**
Case No. C -03-04926 RMW                                                                              Page 2

DECLARATION OF RONALD DEAN

I, Ronald Dean, declare:

I am the attorney for plaintiff Wilkerson in this matter. If called to testify I could and would testify to the following from my own knowledge.

1. In my Supplemental Brief filed on September 28, I make reference to page 575 of the administrative record. That page was subject to a protective order issued by this Court of December 17, 2004.

2. Recently, defendants answered additional discovery with additional statistical information. Even though not technically subject to the same protective order, the information was of the type covered by the spirit of the protective order.

3. For these reasons, pages 8, 9 and 13 of my Brief, which make reference to these two matters, should be subject to the same protective order and should be filed under seal under LR 79-5(d).

I declare under penalty of perjury that the foregoing is true and correct. Executed at Pacific Palisades, California this 10th day of October, 2005.

               /s/ Ronald Dean
               RONALD DEAN