1  RONALD DEAN, #47663
   Attorney at Law
2  15135 Sunset Blvd., Suite 280
   Pacific Palisades, CA  90272-3782
3  (310) 459-1636
   Fax: (310) 459-6224
4

5  Attorney for Plaintiff ELIZABETH WILKERSON

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION
                                                *E-FILED - 10/21/05*
11

12 | ELIZABETH WILKERSON                 )   NO. C-03-04926 RMW
                                         )
13 |          Plaintiff,                 )   STIPULATION MODIFYING BRIEFING
                                         )   SCHEDULE **AND** ORDER THEREON
14 | -vs-                                )
                                         )
15 | RIFFAGE.COM DISABILITY INCOME       )
   | PROTECTION PROGRAM, et al.,         )
16 |                                     )
   |          Defendants.                )
17

       Plaintiff Elizabeth Wilkerson and defendant Sun Life Assurance Company of Canada,
18
   through their respective counsel, hereby submit the following stipulation.
19
       1.   The Court has set this matter for a Case Management Conference on October 28, 2005
20
   at 10:30 a.m.  Plaintiff's renewed Motion to Determine Standard of Review will be heard at that
21
   time.
22
       2.   Plaintiff's Supplemental Brief is now due on September 26, and the parties stipulate that
23
   said brief need not be filed until September 28.  Otherwise the schedule remains the same.
24
       3.   In the event defendant requires additional time to respond, the parties will enter into a
25
   stipulation accommodating defendants' schedule and that of the court.
26

27

28

**STIPULATION RE DUE DATE FOR PLAINTIFF'S SUPPLEMENTAL BRIEF**
**Case No. C -03-04926 RMW**                                              Page 1

1  IT IS SO STIPULATED:

3  Dated: September 26, 2005                    BARGER & WOLEN LLP

5                                                /s/ J. Russell Stedman
   J. RUSSELL STEDMAN
6                                                Attorneys for Defendants

8  Dated: September 26, 2005

10                                               /s/ Ronald Dean
    RONALD DEAN
11                                               Attorney for Plaintiff Wilkerson

12  IT IS SO ORDERED

13  DATED: __10/21_____, 2005

15                                                /S/ RONALD M. WHYTE
16                                                Honorable Ronald Whyte
   Judge of the United States District Court

**STIPULATION RE DUE DATE FOR PLAINTIFF'S SUPPLEMENTAL BRIEF**
**Case No. C -03-04926 RMW**                                          Page 2