J. Russell Stedman (117130)
Kathleen E. Dyer (227216)
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

Attorneys for Defendant
Sun Life Assurance Company of Canada

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 11/16/05*

| | |
|---|---|
| ELIZABETH WILKERSON, | CASE NO.: C 03 04926 RMW |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING TRIAL DATE** |
| vs. | Current Trial Date: February 14, 2006 |
| RIFFAGE.COM DISABILITY INCOME PROTECTION PROGRAM, SUN LIFE ASSURANCE COMPANY OF CANADA, | Proposed Trial Date: March 28, 2006 |
| Defendants. | |

Plaintiff Elizabeth Wilkerson ("Wilkerson"), and defendant Sun Life Assurance Company of Canada ("Sun Life"), through their respective counsel, hereby submit the following stipulation.

1. On October 28, 2005, this Court held a further Case Management Conference at which the trial for the above-captioned matter was set for February 14, 2006 at 1:30 p.m.

2. At the time the trial date was set, counsel for Sun Life had the incorrect availability dates for the person at Sun Life responsible for this case and subsequently learned that she will be out of the country on vacation on February 14, 2006.

I:\office9\9795\072\05Pleadings\11 01 Stip re continuing trial date.doc       1
STIPULATION AND ORDER CONTINUING TRIAL DATE

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

3. In light of the scheduling conflict, the parties met and conferred regarding the trial date and determined that the first date that is agreeable to all parties and their counsel of record for the trial of this matter is March 28, 2006.

4. On November 1, 2005, counsel for Sun Life confirmed with the calendar clerk for the Honorable Ronald M. Whyte that Hon. Whyte is available on March 28, 2006 at 1:30 p.m. for the trial of this matter.

5. Therefore, the parties stipulate to a continuance of the current trial date and ask the Court to revise the trial schedule as follows (the below-listed deadlines are consistent with the timing requirements initially ordered by the Court on October 28, 2005):

Trial Briefs:             March 23, 2006
Trial:                    March 28, 2006 at 1:30 p.m.

**IT IS SO STIPULATED.**

DATE: November 2, 2005              BARGER & WOLEN LLP


By: _____/s/_____
    J. RUSSELL STEDMAN
    Attorneys for Defendant,
    SUN LIFE ASSURANCE COMPANY OF
    CANADA


DATE: November 2, 2005              RONALD DEAN, ATTORNEY AT LAW


By: _____/s/_____
    RONALD DEAN
    Attorney for Plaintiff,
    ELIZABETH WILKERSON

I:\office9\9795\072\05Pleadings\11.01 Stip re continuing trial date.doc    2
STIPULATION AND ORDER CONTINUING TRIAL DATE

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

## ORDER

On the Stipulation of the parties, and good cause appearing, it is Ordered that the following schedule shall govern the trial for the above-captioned matter.

Trial Brief: March 23, 2006

Trial: March 28, 2006 at 1:30 p.m.

Dated: 11/16/05

/S/ RONALD M. WHYTE

Honorable Ronald Whyte
Judge, United States District Court

I:\office9\9795\072\05Pleadings\11 01 Stip re continuing trial date.doc   3
STIPULATION AND ORDER CONTINUING TRIAL DATE

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800