IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH WILKERSON,<br><br>    Plaintiff,<br><br>    -v-<br><br>RIFFAGE.COM DISABILITY INCOME PROTECTION PROGRAM, SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>    Defendant. | **\*E-FILED - 12/20/05\***<br><br>CASE NO.: C-03-04926-RMW<br><br>**SEALING ORDER** |

IT IS HEREBY ORDERED that Defendant's Supplemental Brief of Defendant Sun Life Assurance Company of Canada in Opposition to Plaintiff's Motion for Order Determining Standard of Review; Declaration of Kathleen E. Dyer and Plaintiff's Supplemental Brief Re: Motion for Order Determining that Standard of Review will be De Novo shall be filed under seal.

IT IS SO ORDERED.

DATED: December 20, 2005

                                                                                ***/ s/ Ronald M. Whyte***
                                                                                RONALD M. WHYTE
                                                                               United States District Judge

Copy of Order E-Filed to Counsel of Record: