J. Russell Stedman (117130)
Kathleen E. Dyer (227216)
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California  94108
Telephone:  (415) 434-2800
Facsimile:  (415) 434-2533

Attorneys for Defendant
Sun Life Assurance Company of Canada

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 4/7/06*

| | |
|---|---|
| ELIZABETH WILKERSON,<br><br>Plaintiff,<br><br>vs.<br><br>RIFFAGE.COM DISABILITY INCOME PROTECTION PROGRAM, SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>Defendants. | CASE NO.:  C 03 04926 RMW<br><br>STIPULATION AND [PROPOSED] ORDER TO SUBMIT REPLY TRIAL BRIEFS<br><br>Trial Date: April 26, 2006 |

   Plaintiff Elizabeth Wilkerson ("Plaintiff"), and defendant Sun Life Assurance Company of Canada ("Sun Life"), through their respective counsel, hereby submit the following stipulation.

   1.   The trial date for this matter has been continued to April 26, 2006.  The parties filed their respective trial briefs on March 23, 2006 in anticipation of a March 28, 2006 trial date.  The parties stipulate that on or before April 19, 2006, the parties may submit "reply" trial briefs, no longer than five (5) pages including the caption page, that may address issues either in the opponent's trial brief and/or the opponent's motion(s) in limine.

I:\office9\9795\072\06Pleadings\Stip re Trial Reply Briefs.doc       1

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA  94108
(415) 434-2800

STIPULATION TO SUBMIT REPLY TRIAL BRIEFS

**IT IS SO STIPULATED.**

DATE: March 31, 2006                BARGER & WOLEN LLP


By: /s/ J. Russell Stedman
    J. RUSSELL STEDMAN
    Attorneys for Defendant,
    SUN LIFE ASSURANCE COMPANY OF
    CANADA


DATE: March 31, 2006                RONALD DEAN, ATTORNEY AT LAW


By: /s/ Ronald Dean
    RONALD DEAN
    Attorney for Plaintiff,
    ELIZABETH WILKERSON

I:\office9\9795\072\06Pleadings\Stip re Trial Reply Briefs.doc            2
STIPULATION TO SUBMIT REPLY TRIAL BRIEFS

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

# [~~PROPOSED~~] ORDER

The Stipulation is adopted by the Court and made an Order. On or before April 19, 2006, the parties may file "reply" trial briefs, no longer than five (5) pages, not including the caption page, which may address case issues raised in the opponent's trial brief and/or the opponent's motion(s) in limine.

**IT IS SO ORDERED.**

DATED: 4/7/06

By: /s/ Ronald M. Whyte
THE HONORABLE
RONALD M. WHYTE

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800